DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SERRANO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-386-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **CHANGE OF PLEA HEARING AND** |
| | ) | **EXCLUDING TIME** |
| JOSE SERRANO, | ) | |
| | ) | Date:  April 14, 2008 |
| Defendant. | ) | Time:  8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, COURTNEY LINN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, JOSE SERRANO, that the change of plea hearing date of March 31, 2008 be vacated, and the matter be set for a change of plea hearing on April 14, 2008 at 8:30 a.m.

The reason for this continuance is defense counsel will be in a jury trial starting on March 31, 2008 and will need additional time to receive a new plea agreement and to review the agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including April 14, 2008 pursuant to 18 U.S.C.

2  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based

3  upon continuity of counsel and defense preparation.

4  DATED:  March 27, 2008.                   Respectfully submitted,

5                                            DANIEL J. BRODERICK
                                             Federal Public Defender
6

7
8  DATED:  March 27, 2008.                   /s/ Linda C. Harter
                                             LINDA C. HARTER
9                                            Chief Assistant Federal Defender
                                             Attorney for Defendant
10                                           McGREGOR W. SCOTT
                                             United States Attorney
11

12
13 DATED:  March 27, 2008.                   /s/ Linda Harter for
                                             COURTNEY LINN
14                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff

15

16

17                        **O R D E R**

18     **IT IS SO ORDERED.**  Time is excluded from today's date through and

19 including April 14, 2008 in the interests of justice pursuant to 18

20 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

21 T4.

22

23 DATED:  March 27, 2008

24

25 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
26

27

28

                                  2