DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 07-386 WBS |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANT'S SENTENCING MEMO |
| v. ) | |
| ) | |
| JOSE SERRANO, ) | Date:  November 3, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

The defense has no objections to the offense level calculations or the criminal history calculations in the revised Presentence Report dated October 20, 2008. The advisory range is 21 to 27 months. The government, pursuant to the plea agreement and USSG 5K1.1 has moved for a downward departure and is recommending a sentence of 15 months. The defendant agrees with the government's recommendation and asks this Court to sentence him to 15 months.

The defendant does object, as a factual matter, to the conviction listed in paragraph 29 of the report. The defendant has stated that he

1 has never been to Georgia and has certainly not been convicted of a DUI
2 in that state.  This conviction represents only a single criminal
3 history point and its removal does not change the advisory guideline
4 calculation.

5 Dated:  October 29, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JOSE SERRANO